# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Roca Labs, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-mc-00289-P1 |
| Consumer Opinion Corp. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants and non-parties, the latter who are the subject of this action.

Date:     09/25/2015

*Attorney's signature*

Joel MacMull (JM 8239)
*Printed name and bar number*

Archer & Greiner, P.C.
44 Wall Street, Suite 1285
New York, NY 10005

*Address*

jmacmull@archerlaw.com
*E-mail address*

(212) 292-4998
*Telephone number*

(212) 461-2223
*FAX number*