# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
Joel G. MacMull (JM 8239)
**ARCHER & GREINER, P.C.**
44 Wall Street, Suite 1285
New York, NY 10005
Tel: (212) 292-4998
Fax: (212) 461-2223
rcoleman@archerlaw.com
jmacmull@archerlaw.com

*Attorneys for Consumer Opinion Corp.,
and Opinion Corp. d/b/a Pissedconsumer.com*



| | |
|---|---|
| ROCA LABS, INC.<br><br>Plaintiff,<br><br>- vs. -<br><br>CONSUMER OPINION CORP., AND OPINION CORP. D/B/A PISSEDCONSUMER.COM,<br><br>Defendants. | CIVIL ACTION NO.<br><br>15-mc-00289-P1<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Roca Labs, Inc. ("Roca"), defendants Consumer Opinion Corp. and Opinion Corp. d/b/a Pissedconsumer.com ("defendants"), and non-parties Michael Podolsky and Alex Syrov ("non-parties"), through their respective undersigned counsel, that the time for both defendants and non-parties to respond to Roca's motion to compel is extended through **October 9, 2015.** Plaintiff's reply, if any, shall be filed on or before **October 12, 2015.**

The parties further stipulate and agree that the motion shall be adjourned to **October 13,**

2015 at 11:00 a.m.

This stipulation may be executed by facsimile signatures, in which case such signatures shall be deemed originals for purposes of this stipulation.

Dated: September 25, 2015
       New York, New York

| LAW OFFICES OF SHAWN J. WALLACH | ARCHER & GREINER, P.C. |
|---|---|
| *Attorney for Plaintiff* | *Attorneys for Defendants and Non-parties* |
| By: __/s/ Shawn Wallach__ | By: _____ |
|     Shawn J. Wallach, Esq. |     Joel G. MacMull, Esq. |
| 1931 Mott Avenue, Suite 417 | 44 Wall Street, Suite 1285 |
| Far Rockaway, New York 11691 | New York, NY 10005 |

**So Ordered:**

_____  SEP 28 2015
HON. GEORGE B. DANIELS