**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ROCA LABS, INC.,

                          Plaintiff,

      -against-                          <u>ORDER</u>

OPINION CORP., ET AL.,                15 MC 289

                        Defendant.
------------------------------------X

GEORGE B. DANIELS, United States District Judge:

       The October 13, 2015 conference at 11:00 AM is hereby adjourned to October 13, 2015 at 12:00 PM.

Dated: New York, New York
         October 8, 2015

                                                    SO ORDERED.

                                                    _____
                                                    GEORGE B. DANIELS
                                                    United States District Judge