IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROCA LABS, INC.,

    *Plaintiff,*

        *vs.*

CONSUMER OPINION CORP. and OPINION CORP.
d/b/a PISSEDCONSUMER.COM

    *Defendants.*

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

**Case No.: 15-mc-00289-P1**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) ROCA LABS, INC. and or their counsel(s), hereby give notice that the above-captioned is voluntarily dismissed, without prejudice against the defendant(s) CONSUMER OPINION CORP. and OPINION CORP. d/b/a PISSEDCONSUMER.COM.

Dated: October 26, 2015

Shawn J. Wallach
Law Offices of Shawn J. Wallach
1931 Mott Avenue, #417
Far Rockaway, NY 11691
Tel: (718) 425-4073